MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:  (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BARBOSA, DECEASED, by and through his Co-Successors in Interest, LUPITA BARBOSA, Individually, and as mother and Next Friend for K.B. and T.B., minors; ANGELICA MARTINEZ-VERA, individually; and KATHLEEN HOOD, individually,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER ERIC MAGRINI, in his individual and official capacity; and DOES 1 through 20, individually, jointly and severally,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02298-JAM-DMC<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT SHASTA COUNTY'S MOTION TO DISMISS AND ORDER**<br><br>Complaint Filed: November 17, 2020<br>Trial Date: TBD |

Case No.: 2:20-cv-02298-JAM-DMC: STIP. AND ORDER TO CONTINUE DEF.'S MTD HEARING

Plaintiffs filed a complaint against Defendants Shasta County ("County"), Shasta County Sheriff-Coroner Eric Magrini, and Does 1-20 on November 17, 2020. Defendant County filed a motion to dismiss pursuant to Rule 12(b)(6) on December 23, 2020. The hearing date on the motion was set for February 23, 2021.

IT IS HEARBY STIPULATED AND AGREED by and between the attorneys of record that, due to a scheduling conflict with Plaintiffs' counsel, the hearing date on Defendant County's motion to dismiss will be continued out from February 23, 2021 to April 6, 2021 at 1:30 P.M. before District Judge John A. Mendez in Courtroom 6.

IT IS FURTHER STIPULATED AND AGREED that any reply brief will be due by March 30, 2021, in accordance with Local Rule 230(d).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  February 5, 2021         HADDAD & SHERWIN LLP

/s/ *Michael Haddad*
MICHAEL J. HADDAD
Attorneys for Plaintiff

Dated:  February 5, 2021         MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP

/s/ *Lynn Carpenter*
LYNN L. CARPENTER
Attorneys for Defendants

**ORDER**

The Motion to Dismiss hearing currently set for February 23, 2021 is continued to April 6, 2021 at 1:30 P.M. in Courtroom 6 before District Judge John A. Mendez. Any reply shall be due by March 30, 2021.

IT IS SO ORDERED.

DATED: February 8, 2021                    /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE