MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BARBOSA, DECEASED, by and through his Co-Successors in Interest, LUPITA BARBOSA, Individually, and as mother and Next Friend for K.B. and T.B., minors; ANGELICA MARTINEZ-VERA, individually; and KATHLEEN HOOD, individually,<br><br>        Plaintiffs,<br>vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER ERIC MAGRINI, in his individual capacity; SHASTA COUNTY SHERIFF'S SERGEANT JOSE GONZALEZ, in his individual capacity; SHASTA COUNTY SHERIFF'S DEPUTY THOMAS FLEMING, in his individual capacity; and DOES 3 through 20, individually, jointly and severally,<br><br>        Defendants. | No: 2:20-cv-02298-JAM-DMC<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

All parties, by and through their counsel of record, stipulate and hereby move this court to modify its May 28, 2021, Scheduling Order (Doc. 23) to extend certain discovery and pretrial deadlines. The parties propose the following amended dates and deadlines (or as soon thereafter that the Court is available):

| Event | Current date | Proposed Date or Deadline |
|---|---|---|
| Discovery Cut-off (fact and expert) | June 10, 2022 | July 15, 2022 |
| Expert Disclosures Deadline | April 22, 2022 | June 3, 2022 |
| Final Pretrial Conference | October 21, 2022 | November 4, 2022 |
| Trial (7-15 days) | December 5, 2022 | UNCHANGED |

Good cause exists to grant the requested modification:

1. This is a civil rights/wrongful death case involving the shooting death of Thomas Barbosa against Defendants Shasta County, Shasta County Sheriff-Coroner Eric Magrini, Shasta County Sheriff's Sergeant Jose Gonzalez, and Shasta County Sheriff's Deputy Thomas Fleming.

2. The Parties are currently managing complications with setting and completing witness depositions, caused by the COVID-19 Omicron variant surge and its effect on witness availability, counsel's availability, travel considerations, and in-person deposition considerations. The Parties believe that this stipulation to moderately extend discovery and expert disclosure deadlines is necessary to allow for completion of discovery without issue.

3. The Parties are mindful of the Court's limited resources, especially during this pandemic. All counsel will continue to work cooperatively to resolve discovery issues in an orderly fashion and believe that they will complete all necessary discovery within the revised deadlines proposed here.

For the foregoing reasons, the Parties respectfully request that this Court enter an order modifying the scheduling order in this case as set forth above.

IT IS SO STIPULATED

DATED: February 4, 2022        HADDAD & SHERWIN LLP

                               */s/ Brian Hawkinson*
                               BRIAN HAWKINSON
                               Attorneys for Plaintiff

DATED: February 4, 2022        MANNING & KASS
                               ELLROD, RAMIREZ, TRESTER LLP

                               */s/ Lynn L. Carpenter*
                               LYNN L. CARPENTER
                               Attorneys for Defendants

# ORDER

Based on the parties' stipulation, and with good cause appearing therefor,

IT IS HEREBY ORDERED that the previous Scheduling Order entered on May 28, 2021 (Doc. 23) is hereby modified, and that the following dates are set:

| Event | New Date or Deadline |
| --- | --- |
| Discovery Cut-off (fact and expert) | July 15, 2022 |
| Expert Disclosures Deadline | June 3, 2022 |
| Final Pretrial Conference | November 4, 2022, at 10:00 AM |

IT IS SO ORDERED.

DATED: February 4, 2022                /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE