# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS BARBOSA, DECEASED, by and through his Co-Successors in Interest, LUPITA BARBOSA, Individually, and as mother and Next Friend for K.B. and T.B., minors; ANGELICA MARTINEZ-VERA, individually; and KATHLEEN HOOD, individually,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER ERIC MAGRINI, in his individual and official capacity; and DOES 1 through 20, individually, jointly and severally,<br><br>Defendants. | Case No. 2:20-cv-02298-JAM-DMC<br>District Judge, John A. Mendez;<br>Magistrate Judge, Dennis M. Cota<br><br>**ORDER RE STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING THE DISCOVERY CUTOFF**<br><br>Complaint Filed:  11/17/20<br>Trial Date:         12/05/22 |

1  Pursuant to the Stipulation of the parties, and with good cause appearing
2  therefor, it is so ORDERED that the Discovery Cutoff-Off (Fact and Expert) is
3  continued from July 15, 2022 to August 31, 2022.

4  **IT IS SO ORDERED**.

7  DATED:  June 9, 2022     /s/ John A. Mendez
8                            THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE