MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BARBOSA, DECEASED, by and through his Co-Successors in Interest, LUPITA BARBOSA, Individually, and as mother and Next Friend for K.B. and T.B., minors; ANGELICA MARTINEZ-VERA, individually; and KATHLEEN HOOD, individually,<br><br>            Plaintiffs,<br>vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER ERIC MAGRINI, in his individual capacity; SHASTA COUNTY SHERIFF'S SERGEANT JOSE GONZALEZ, in his individual capacity; SHASTA COUNTY SHERIFF'S DEPUTY THOMAS FLEMING, in his individual capacity; and DOES 3 through 20, individually, jointly and severally,<br><br>            Defendants. | No: 2:20-cv-02298-JAM-DMC<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

No: 2:20-cv-02298-JAM-DMC: STIP. AND ORDER TO MODIFY MSJ BRIEFING SCHEDULE

All parties, by and through their counsel of record, stipulate and hereby move this court to modify the briefing schedule for Plaintiffs' Opposition and Defendants' Reply re: Defendants' Motion for Summary Judgment, as follows:

| Event | Current Date/Deadline | Proposed Date/Deadline |
|---|---|---|
| Plaintiffs' MSJ Opposition | August 5, 2022 | August 19, 2022 |
| Defendants' MSJ Reply | August 12, 2022 | August 26, 2022 |
| MSJ Hearing | September 13, 2022 | UNCHANGED |

Good cause exists to grant the requested modification:

1. This is a civil rights/wrongful death case involving the shooting death of Thomas Barbosa against Defendants Shasta County, Shasta County Sheriff-Coroner Eric Magrini, Shasta County Sheriff's Sergeant Jose Gonzalez, and Shasta County Sheriff's Deputy Thomas Fleming.

2. Plaintiffs' counsel's office has several filing and discovery deadlines over the next two weeks in multiple cases, including pretrial filings due in a case before this Court: *Johnson v. City of Redding, et al.*, 2:19-cv-01722-JAM-DB.  Additionally, Plaintiffs' counsel's office has had three employees out with COVID-19 (each case unrelated to the others) over the past few weeks, including an associate who was out all of last week and part of the previous week – further impacting the office's workload over the next two weeks.  The Parties believe that this stipulation to moderately extend the MSJ briefing schedule by two weeks, without changing the hearing date, is reasonable to accommodate these scheduling and staffing complications.

For the foregoing reasons, the Parties respectfully request that this Court enter an order modifying the briefing schedule for Plaintiffs' Opposition to Defendants' MSJ, and Defendants' Reply, as set forth above.

IT IS SO STIPULATED

DATED: July 26, 2022          HADDAD & SHERWIN LLP

*/s/ Brian Hawkinson*
BRIAN HAWKINSON
Attorneys for Plaintiffs

DATED: July 26, 2022          MANNING & KASS
                              ELLROD, RAMIREZ, TRESTER LLP

*/s/ Kayleigh A. Andersen*
Kayleigh A. Andersen
Attorneys for Defendants

# **ORDER**

Based on the parties' stipulation, and with good cause appearing therefor,

IT IS HEREBY ORDERED that the briefing schedule responsive to Defendants' Motion for Summary Judgment be modified as follows:

| Event | Deadline |
| --- | --- |
| Plaintiffs' MSJ Opposition | August 19, 2022 |
| Defendants' MSJ Reply | August 26, 2022 |

IT IS SO ORDERED.

DATED:  July 26, 2022                         /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE