# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS BARBOSA, DECEASED, by and through his Co-Successors in Interest, LUPITA BARBOSA, Individually, and as mother and Next Friend for K.B. and T.B., minors; ANGELICA MARTINEZ-VERA, individually; and KATHLEEN HOOD, individually,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER ERIC MAGRINI, in his individual and official capacity; and DOES 1 through 20, individually, jointly and severally,<br><br>Defendants. | Case No. 2:20-cv-02298-JAM-DMC<br>District Judge, John A. Mendez;<br>Magistrate Judge, Dennis M. Cota<br><br>**ORDER RE STIPULATION AND JOINT REQUEST FOR ORDER TO RESET THE FINAL PRE-TRIAL CONFERENCE AND TRIAL DATES**<br><br>Complaint Filed:  11/17/20 |

Pursuant to the Stipulation of the parties, and with good cause appearing therefor, it is so ORDERED that the final pre-trial and trial dates are set as follows:

Final Pre-Trial Conference: January 19, 2024 at 11:00 a.m.

Trial: March 11, 2024 at 9:00 a.m.

///

///

---

**ORDER RE STIPULATION AND JOINT REQUEST FOR ORDER TO RESET THE FINAL PRE-TRIAL CONFERENCE AND TRIAL DATES**

**IT IS SO ORDERED**.

Dated: February 24, 2023                           /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
                                                   SENIOR UNITED STATES DISTRICT JUDGE

**ORDER RE STIPULATION AND JOINT REQUEST FOR ORDER TO RESET THE FINAL PRE-TRIAL CONFERENCE AND TRIAL DATES**