MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BARBOSA, DECEASED, by and through his Co-Successors in Interest, LUPITA BARBOSA, Individually, and as mother and Next Friend for K.B. and T.B., minors; ANGELICA MARTINEZ-VERA, individually; and KATHLEEN HOOD, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF'S SERGEANT JOSE GONZALEZ, in his individual capacity; SHASTA COUNTY SHERIFF'S DEPUTY THOMAS FLEMING, in his individual capacity; and DOES 3 through 20, individually, jointly and severally<br><br>Defendants. | Case No. 2:20-cv-02298-JAM-DMC<br><br>**PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME RE: MOTION TO APPROVE MINORS' COMPROMISE, AND ORDER (ECF 91)** |

1   Pursuant to Civil Local Rule 144(e), Plaintiffs hereby apply for an Order Shortening Time
2   for briefing and resolving Plaintiffs' Motion to Approve Minors' Compromise (the "Motion"), such
3   that the Motion may be decided without a hearing and briefing shall be expedited.  Defendants
4   failed to respond to Plaintiffs' repeated requests to submit the Motion unopposed, but they do not
5
6   oppose this *ex parte* Application.  This Application is based upon the matters set forth herein and in
7   the Declaration of Julia Sherwin filed concurrently with the Motion.
8   As set forth in the Motion and the Declaration of Julia Sherwin, the parties have reached an
9   agreement to settle this matter, with structured settlement payments for the minors Plaintiffs T.B.
10  and K.B.  Plaintiffs request that this Court decide this matter on an expedited basis without a
11  hearing, as the insurance companies for Plaintiff T.B.'s and K.B.'s structured settlement annuities
12
13  have already provided firm amounts for their structured settlement payments, which must be funded
14  no later than May 1, 2024.  Time is of the essence in this matter to prevent any delay in funding the
15  children's structured settlements.  On February 27, 2024, counsel for Defendants, Kayleigh
16  Andersen, confirmed that Defendants do not oppose this *ex parte* Application shortening time.  (See
17
18  Exhibit A - Declaration of Teresa Allen).
19  Plaintiffs hereby request that the Motion be briefed and decided on shortened time without a
20  hearing and that Defendants shall have until March 5, 2024, to file any opposition, Plaintiffs shall
21  have until March 8, 2024, to file a reply, and the Court shall order Defendants to timely complete
22
23  the settlement so the children's structured settlements are funded by the May 1, 2024, deadline.
24  Hearing the Motion on a regular briefing schedule will cause unjust delay and harm to Plaintiffs T.B
25  and K.B. and will result in missing the funding deadline.  Moreover, the shortened time requested
26  by this Application will not interfere with any other proceeding in this matter and will make it
27
28  possible for Plaintiffs T.B. and K.B to timely obtain the substantial benefits of the settlement
    agreement.

No. 2:20-cv-02298-JAM-DMC: PLAINTIFFS' EX PARTE APPLICATION TO SHORTEN TIME                                          1

WHEREFORE, Plaintiffs respectfully request that the Court grant this Application in its entirety and enter an Order providing that:

1. The Motion shall be decided without a hearing;

2. Any opposition to the Motion shall be filed by March 5, 2024; and

3. Any reply shall be filed by March 8, 2024.

Respectfully Submitted,

Dated: February 27, 2024          HADDAD & SHERWIN LLP

*/s/ Teresa Allen*
TERESA ALLEN
Attorneys for Plaintiffs

**ORDER**

Plaintiffs' *Ex Parte* Application for an Order Shortening Time Re: Motion to Approve Minors' Compromise, having come before the Court, the Court having considered the Motion and all papers filed therewith, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' *Ex Parte* Application is **GRANTED**.

IT IS FURTHER ORDERED that:

1. The Motion shall be decided without a hearing;
2. Any opposition to the Motion shall be filed by **March 5, 2024**; and
3. Any reply shall be filed by **March 8, 2024**.

IT IS SO ORDERED.

Dated: February 28, 2024         /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE