MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BARBOSA, DECEASED, by and through his Co-Successors in Interest, LUPITA BARBOSA, Individually, and as mother and Next Friend for K.B. and T.B., minors; ANGELICA MARTINEZ-VERA, individually; and KATHLEEN HOOD, individually,<br><br>            Plaintiffs,<br>vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF'S SERGEANT JOSE GONZALEZ, in his individual capacity; SHASTA COUNTY SHERIFF'S DEPUTY THOMAS FLEMING, in his individual capacity; jointly and severally,<br><br>            Defendants. | Case No. 2:20-cv-02298-JAM-DMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE MINORS' COMPROMISE**<br><br>Hearing Date:  March 26, 2024<br>Time:  1:00 p.m.<br>Courtroom: 6, 14th Floor<br>Hon. John A. Mendez |

1. This matter having come before the Honorable John A. Mendez, and the Court having considered the parties' submissions, Plaintiffs' Motion to Approve Minor's Compromise is hereby GRANTED. The Court finds the settlement terms as set forth in the motion are in the best interest of the minor Plaintiffs T.B. and K.B.

2. The Court approves the settlement of the claims of minors T.B., and K.B. in the present value of $2.6 million each, as follows:

• Attorneys' fees in the total amount of $1,733,333.32 for the claims of minors T.B. and K.B. ($866,666.66 each) to Plaintiffs' counsel, Haddad & Sherwin LLP;

• Repayment to Plaintiffs' counsel of minors' share of costs advanced in the amount of $47,991.34 ($23,995.67 each) from the remainder (further invoices for minors' share of any costs advanced to date, including trust attorneys' fees to create the children's trusts, shall be reimbursed as they occur);

• $50,000.00 shall be paid in cash to be managed by a Trustee and shall be put into a Trust for Plaintiff T.B., with a professional fiduciary jointly selected by Plaintiffs' counsel, Julia Sherwin, and by Plaintiff T.B.'s mother, Lupita Barbosa. The funds in the Trust will be used for T.B.'s health and education before age 18, and in his best interests as determined by the Trustee. Any of T.B.'s remaining settlement funds after repayment of all attorneys' fees, case costs, and trust establishment fees and costs shall also be put into this Trust.;

• A Trust shall be established for Plaintiff K.B., with a professional fiduciary jointly selected by Plaintiffs' counsel, Julia Sherwin, and by Plaintiff T.B.'s mother, Lupita Barbosa. The funds in the Trust will be used for K.B.'s health and education before age 18, and in her best interests as determined by the Trustee. The structured settlement payments (outlined below) in the amount of $1,077.42 per month will be paid to the Trust, beginning June 1, 2024 and ending on August 1, 2033. Any of K.B.'s remaining settlement funds after repayment of all attorneys' fees, case costs, and trust establishment fees and costs shall also be put into this Trust;

• Structured Settlement Annuities for K.B. which together equal a total guaranteed payout of $4,649,098.15 (expected payout over her actuarial lifetime is $8,617,038.04). The details of each annuity are outlined below.

1) Shasta County will pay the sum of $100,000.00 to MetLife Assignment Company, Inc. in order to fund the following Periodic Payments:

Payee: K.B. Trust

$1,077.42 payable monthly, guaranteed for 9 years and 3 months, beginning on 06/01/2024, with the last guaranteed payment on 08/01/2033.

The obligation to make the periodic payments described above will be assigned by Shasta County to MetLife Assignment Company, Inc. and funded by an annuity contract issued by Metropolitan Tower Life Insurance Company rated A+ (Superior) by A.M. Best Company, AA- (Very Strong) by Standard and Poor's, AA- (Very Strong) by Fitch, and Aa3 (Good) by Moody's.

2) Shasta County will pay the sum of $800,000.00 to Prudential Assigned Settlement Services Corporation in order to fund the following Periodic Payments:

Payee: K.B.

$1,250.00 payable monthly, guaranteed for 4 years, beginning on 08/26/2033, with the last guaranteed payment on 07/26/2037.

$15,000.00 paid as a lump sum on 08/26/2033 guaranteed.

$8,750.00 paid as a lump sum on 08/26/2033 guaranteed.

$8,750.00 payable semi-annually, guaranteed for 3 years and 6 months, beginning on 01/15/2034, with the last guaranteed payment on 01/15/2037.

$15,000.00 paid as a lump sum on 08/26/2037 guaranteed.

$10,000.00 for life, payable annually, guaranteed for 35 years, beginning on 08/26/2038, with the last guaranteed payment on 08/26/2072.

$200,000.00 paid as a lump sum on 08/26/2045 guaranteed.

$2,519.66 for life, payable monthly, guaranteed for 35 years, beginning on 08/26/2037, increasing at a rate of 2.00% compounded annually, with the last guaranteed payment on 07/26/2072.

The obligation to make the periodic payments described above will be assigned by Shasta County to Prudential Assigned Settlement Services Corporation and funded by an annuity contract issued by The Prudential Insurance Company of America, rated A+ (Superior) by A.M. Best Company, AA- (Very Strong) by Standard and Poor's, AA- (Very Strong) by Fitch, and Aa3 (High Quality) by Moody's.

3) Shasta County will pay the sum of $800,000.00 to Mutual of Omaha Structured Settlement Company in order to fund the following Periodic Payments:

Payee: K.B.

$1,250.00 payable monthly, guaranteed for 4 years, beginning on 08/26/2033, with the last guaranteed payment on 07/26/2037.

$15,000.00 paid as a lump sum on 08/26/2033 guaranteed.

$8,750.00 paid as a lump sum on 08/26/2033 guaranteed.

$8,750.00 payable semi-annually, guaranteed for 3 years and 6 months, beginning on 01/15/2034, with the last guaranteed payment on 01/15/2037.

$15,000.00 paid as a lump sum on 08/26/2037 guaranteed.

$10,000.00 for life, payable annually, guaranteed for 35 years, beginning on 08/26/2038, with the last guaranteed payment on 08/26/2072.

$200,000.00 paid as a lump sum on 08/26/2045 guaranteed.

$2,663.42 for life, payable monthly, guaranteed for 35 years, beginning on 08/26/2037, increasing at a rate of 2.00% compounded annually, with the last guaranteed payment on 07/26/2072.

The obligation to make the periodic payments described above will be assigned by Shasta County to Mutual of Omaha Structured Settlement Company and funded by an annuity contract issued by United of Omaha Life Insurance Company, rated A+ (Superior) by A.M. Best Company, A+ (Strong) by Standard and Poor's, and A1 (Good) by Moody's.

- Structured Settlement Annuities for T.B. which together equal a total guaranteed payout of $3,372,933.91 (expected payout over his actuarial lifetime is $5,677,897.66). The details of each annuity are outlined below:

1) Shasta County will pay the sum of $825,000.00 to Prudential Assigned Settlement Services Corporation in order to fund the following Periodic Payments:

   Payee: T.B.

   $1,000.00 payable monthly, guaranteed for 4 years, beginning on 06/02/2026, with the last guaranteed payment on 05/02/2030.

   $6,250.00 payable semi-annually, guaranteed for 4 years, beginning on 07/15/2026, with the last guaranteed payment on 01/15/2030.

   $10,000.00 paid as a lump sum on 06/02/2026 guaranteed.

   $12,500.00 paid as a lump sum on 06/02/2030 guaranteed.

$3,000.00 for life, payable annually, guaranteed for 35 years, beginning on 06/02/2031, with the last guaranteed payment on 06/02/2065.

$175,000.00 paid as a lump sum on 06/02/2038 guaranteed.

$2,135.54 for life, payable monthly, guaranteed for 35 years, beginning on 06/02/2030, increasing at a rate of 2.00% compounded annually, with the last guaranteed payment on 05/02/2065.

The obligation to make the periodic payments described above will be assigned by Shasta County to Prudential Assigned Settlement Services Corporation and funded by an annuity contract issued by The Prudential Insurance Company of America, rated A+ (Superior) by A.M. Best Company, AA- (Very Strong) by Standard and Poor's, AA- (Very Strong) by Fitch, and Aa3 (High Quality) by Moody's.

2) Shasta County will pay the sum of $825,000.00 to Mutual of Omaha Structured Settlement Company in order to fund the following Periodic Payments:

Payee: T.B.

$1,000.00 payable monthly, guaranteed for 4 years, beginning on 06/02/2026, with the last guaranteed payment on 05/02/2030.

$6,250.00 payable semi-annually, guaranteed for 4 years, beginning on 07/15/2026, with the last guaranteed payment on 01/15/2030.

$10,000.00 paid as a lump sum on 06/02/2026 guaranteed.

$12,500.00 paid as a lump sum on 06/02/2030 guaranteed.

$3,000.00 for life, payable annually, guaranteed for 35 years, beginning on 06/02/2031, with the last guaranteed payment on 06/02/2065.

$175,000.00 paid as a lump sum on 06/02/2038 guaranteed.

$2,151.49 for life, payable monthly, guaranteed for 35 years, beginning on 06/02/2030, increasing at a rate of 2.00% compounded annually, with the last guaranteed payment on 05/02/2065.

The obligation to make the periodic payments described above will be assigned by Shasta County to Mutual of Omaha Structured Settlement Company and funded by an annuity contract issued by United of Omaha Life Insurance Company, rated A+ (Superior) by A.M. Best Company, A+ (Strong) by Standard and Poor's, and A1 (Good) by Moody's.

3. The trustee will report and provide quarterly reports and annual accountings to the minor Plaintiffs' Mother, Lupita Martinez Barbosa and the minor Plaintiffs' Aunt, Maria Perez. Plaintiffs or

their mother may file a motion in any court of competent jurisdiction to replace the trustee, should the trustee resign or otherwise need to be replaced.

4. Pursuant to agreement of the parties, all parties shall complete and execute all necessary documents, including all releases and Qualified Assignment Agreements for Defendants to fund the structured settlement annuities promptly and with the completion of funding no later than April 12, 2024.

5. Defendants shall fund the structured settlement annuities no later than April 12, 2024.

6. Defendants shall provide either a check or wire transfer for the $6,750,000.00 settlement proceeds that are not being structured by any minor or adult Plaintiffs, made payable to "Haddad & Sherwin LLP Client Trust Account" for the benefit of Plaintiffs, with any check to arrive at the offices of Haddad & Sherwin LLP, or any wire transfer to arrive in their Client Trust Account, no later than April 12, 2024.

Dated: March 14, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE