MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BARBOSA, DECEASED, by and through his Co-Successors in Interest, LUPITA BARBOSA, Individually, and as mother and Next Friend for K.B. and T.B., minors; ANGELICA MARTINEZ-VERA, individually; and KATHLEEN HOOD, individually,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER ERIC MAGRINI, in his individual and official capacity,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-02298-JAM-DMC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Case No.: 2:20-cv-02298-JAM-DMC: STIP. AND ORDER OF DISMISSAL

All parties, by and through their attorneys of record, hereby stipulate and agree to the dismissal of this entire action with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 13, 2024          HADDAD & SHERWIN LLP

                             /s/ *Julia Sherwin*
                             JULIA SHERWIN
                             Attorneys for Plaintiffs

Dated: May 13, 2024          MANNING KASS

                             /s/ *Lynn Carpenter*
                             LYNN L. CARPENTER
                             Attorneys for Defendants

**ORDER**

Pursuant to stipulation of the parties, and for good cause, this matter is **DISMISSED** with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 14, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE